```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                     CASE NO. 08-60040-CIV-ZLOCH
```

DAVID REID et al.,

    Plaintiffs,

vs.   **O R D E R**

HOLLY BENSON, in her official
capacity as Secretary, Florida
Agency for Health Care
Administration,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Holly Benson's Motion For Protective Order (DE 52) and Plaintiffs' Motion To Determine Sufficiency Of Answers And To Compel Production Of Documents (DE 59). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

The history and claims of this case are detailed in the Court's prior Orders. See DE Nos. 17 & 50. For the purpose of these Motions it is important to note that Defendant has three arguments for denying the claims in Plaintiffs' Complaint, two of which turn on purely legal argument, the third turns on Plaintiffs' standing to bring their claims. The Court has previously limited discovery in this matter. The instant Motions center on whether Plaintiffs' discovery requests should proceed. Defendant argues that good cause exists for the Court to stay any and all further

discovery in this matter until it has ruled on Defendant's pending summary judgment motion.  Plaintiffs seek to have certain requests for admission deemed admitted under Rule 36 and for the Court to compel the deposition of Defendant's agent.

This case has dragged far beyond what was necessary for the Parties to fully brief the relevant issues at hand.  The Court has previously denied, without prejudice, Defendant's Motion To Dismiss and Motion For Summary Judgment to let the Parties fully and concisely brief the issues at hand.  Defendant has filed her third dispositive motion as to Plaintiffs' Complaint and the Court has ordered Defendant to respond by August 29, 2008.  Notwithstanding this deadline for Plaintiffs' Response, Plaintiff has filed the instant Motion To Compel, a mere eight days before its Response is due.  Plaintiffs' Motion was not accompanied by the discovery sought for the Court to make an expedited ruling on Plaintiff's motion.  Nor was it accompanied by an emergency motion for the Court to compel an expedited response from Defendant.  S.D. Fla. L.R. 26.1.H.  Because the deadline for filing their Response has passed the instant Motion will be denied without prejudice.  If after the Court issues its order on Defendant's Motion For Summary Judgment, Plaintiffs still desire the discovery sought, the Court will entertain the appropriate motion.

Further, the Court will grant Defendant's motion for a protective order from Plaintiffs engaging in any further discovery

2

from Defendant until the Court rules on Defendant's Motion For Summary Judgment (DE 58).  The briefing schedule for Defendant's Motion has been set and will not be further extended.  And the Court will allow ample time for the Parties to engage in discovery if Defendant's Motion is denied and the case proceeds on the merits.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendant Holly Benson's Motion For Protective Order (DE 52) be and the same is hereby **GRANTED;**

2. That Plaintiffs' Motion To Determine Sufficiency Of Answers And To Compel Production Of Documents (DE 59) be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    2nd    day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record